UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SHEILA L. MC CREA
CITIZENS OF THE UNITED STATES
2909 CLEVELAND AVE NW
WASHINGTON D.C 20008
v.

PRESIDENT OF THE UNITED STATES,
BARACK OBAMA,
UNITED STATES CONGRESS,
AND DONALD TRUMP AND
MIKE PENCE

Case: 1:17-cv-00106           (D-Deck)
Assigned To : Lamberth, Royce C.
Assign. Date : 1/17/2017
Description: TRO/PI

Complaint

**CITIZENS OF THE UNITED STATES v. THE PRESIDENT OF THE UNITED STATES, BARACK OBAMA, THE CONGRESS OF THE UNITED STATES AND DONALD J TRUMP**

This is a case of first impression.

We, the American people, were victims for the first time in our history of a Presidential election clearly influenced by Russia, a foreign power whose goals and values are the antithesis of ours. Ample evidence exists but there is little relevant legal precedent.

Intervention by a foreign power and violation of policy by the Director of the FBI denied each of us our most basic right: a free and fair election for the highest office in the land, President of the United States.

1

The dangers of this kind of intervention by a foreign power are evident and were clearly a concern of our forefathers:

George Washington in his farewell address warned "the union of states will come under the most frequent and focused attacks by foreign and domestic enemies of the country".

Ironically, the role of the Electoral College was to prevent a foreign power from gaining control of the union. ( Federalist Paper #68 Alexander Hamilton)

Seventeen (17) United States intelligence agencies have confirmed and indicated "high confidence" that Russia at the bidding of Vladimir Putin influenced the 2016 Presidential election and issued a lengthy report explaining their conclusions. The Senate is investigating. British Broadcasting is reporting there are 3 or 4 additional tapes of Trump Russia has that could be used to blackmail Trump. Newsweek has confirmed reports (meaning at least two sources) of the giving of bribes in international business dealings, and Senior Russian diplomats reported they had contact with Donald Trump during the campaign. Senator Mitch McConnell knew of the CIA report and opted to do nothing.

Wikileaks, an organization that clearly identifies itself as an enemy of the United States impugned the integrity of the Democratic candidate, , Hillary Clinton, by releasing e-mails that had been **illegally obtained** (hacked).

James Comey, the director of the FBI is currently under investigation by the Inspector General for his comments and actions concerning Hillary Clinton, **NINE DAYS BEFORE THE ELECTION**, violating Justice Department policy.

I appeal this case directly to the US Supreme Court to address the bipartisan election issues, including but not limited to:

An injunction to prohibit any action by the President elect until the Court has issued a final order.

What constitutes a 'legitimate election' one free from foreign interference and what 'fit to govern' requires , for example, disclosure requirements, medical records tax returns.  , Alzheimer's which Donald J. Trump's father died from is a disease known to predate death by 20 years,  foreign contacts, etc. (Other issues may affect the legitimacy of an election include illegalvoter suppression and gerrymandering which the Supreme Court may wish to address.)
And Congress's refusal to advise and consent when it is required by the Constitution.

And any other action or remedy the Courts deem just and appropriate.

The Courts must act. Congress refuses to act.

## STATEMENT OF POINTS AND AUTHORITIES

1. Rules of the U.S. District Court for the District of Columbia.

2. 2-4.212 Civil Cases- Direct Appeals to the Supreme Court US Attorneys.

3. **Marks v. Stinson**, D.Ct. PA (1993), US Ct of Appeals (3rd Cir) 1994.

4. **United States Constitution**, Art II Section 2 Clause 2.

## ORDER

Petitioner/Plaintiff prays for:

1. An injunction to bar Donald Trump and Mike Pence from making any decision or carrying out any action as President Elect and President and Vice President Elect and Vice President until the Courts decide the relevant issues on legitimacy of the 2016 election, requirements for disclosure, and the Congress, House and Senate complete their investigation into foreign interference and any issues the Courts deem relevant.

2. The Presidential Election of 2016 is found to be not legitimate.

3. Therefore the Court orders the installation of the opposing candidate, Hillary Clinton, who did not interfere but suffered from interference, and still got 3-4 million more votes than her opponent.

4. The Court finds the Senate under the US Constitution cannot withhold 'advise and consent' for a US Supreme Court nominee, finding a full Court would be determinative of the legitimacy of the election and the National Security of the United States, the foremost superpower in the world.

5. Other grounds to be considered for declaring an election invalid are voter suppression and gerrymandering.

6. And any other relief the Court deems just and appropriate.

_____                                    _____

Judge                                                                                              date

January    2017


_____
Sheila L McCrea, JD *pro se*

Member of the Bars of:

U.S. Supreme Court
US Court of Appeals for the DC Circuit
US Court of Appeals for the Federal Circuit
District Court for the District of Columbia
District Court of the Eastern District of Pennsylvania

DC Bar No. 435639
CA Bar. No.196154
PA Bar No. 49024


2909 Cleveland Av NW
Washington DC 20008-3530

Cell: 415 225-9823

## CERTIFICATE OF SERVICE

I, Sheila L McCrea, hereby certify that on the ___17th___ day of January, 2017, I sent a copy of the foregoing civil suit, postage prepaid by certified and regular mail (and will notify by phone or electronic mail) to President Obama, The White House, 1600 Pennsylvania Av, NW, Washington DC 20500, to Rep. Nancy Pelosi, 235 Cannon Hob, Washington DC 20515, and Donald J Trump, Trump Tower, 5th Avenue, between 56th and 57th Streets, NY, NY 20022, and to his legal representative, Sheri Dillon at Morgan, Lewis, & Bockius, LLP 2020 K. St NW, Washington DC 20006.

*Sheila L McCrea* (signature)

Sheila L McCrea, JD, Pro Se
2909 Cleveland Av NW
Washington DC 20008-3530
415 225-9823